1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NOE GABRIEL GUTIERREZ RAMIREZ,

11           Petitioner,                     No. 2:12-cv-1003 JFM (HC)

12       vs.

13   The People of the State of California,

14           Respondent.                     ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed a

18   request to proceed in forma pauperis.

19           Petitioner is incarcerated in Chuckawalla Valley State Prison and was convicted

20   in Los Angeles County.  Both Chuckawalla Valley State Prison and Los Angeles County are in

21   an area embraced by the United States District Court for the Central District of California.

22           Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the

23   district of confinement have concurrent jurisdiction over applications for habeas corpus filed by

24   state prisoners.  Because petitioner was not convicted in this district, and is not presently

25   confined here, this court does not have jurisdiction to entertain the application.

26   /////

1    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2  United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28

3  U.S.C. § 1406(a).

4  DATED: May 7, 2012.

5

6                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
7

8  /kly014;rami1003.108b

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26